'EVIDEO OWNERS, Mauro DiDomenico, Individually and on Behalf of All Those Similarly Situated, Douglas Buerger, Craig Linden, Realvirt LLC, Paul Barous, Plaintiffs-Appellants

v.

UNITED STATES, Defendant-Appellee

2016-2149

United States Court of Appeals, Federal Circuit.

Decided: March 13, 2017

PATRICK RICHARD DELANEY, Ditthavong & Steiner, P.C., Alexandria, VA, argued for plaintiffs-appellants.

NICOLAS RILEY, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by MARK R. FREEMAN, BENJAMIN C. MIZER; NATHAN KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

Before Moore, O'malley, and Hughes, Circuit Judges.

PER CURIAM.

For the reasons articulated in the decision by the United States Court of Federal Claims, we *affirm*. We order Appellants to show cause within fifteen days why sanctions should not be imposed for a frivolous appeal pursuant to Federal Rule of Appellate Procedure 38.

**AFFIRMED**

## Costs

Costs to Appellee.